UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JAMES LESTER ROUDABUSH, JR., )
                                    )
            Plaintiff, )
                                    )
            v. )           Civil Action No. 11-1339
                                    )
SUPERIOR COURT OF BURLINGTON COUNTY, *et al.*,)
                                    )
            Defendants. )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915. To date, plaintiff has not submitted the required information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: 11/8/2011

United States District Judge